IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ZARY WHITE,**

    **Plaintiff,**

vs.                                                         **CASE NO. 5:11-cv-62/RS-EMT**

**NORTH FLORIDA ROCK, LTD.,**

    **Defendant.**

_____ /

## **ORDER**

    Defendant's Motion to Dismiss (Doc. 6) is **DENIED**. In the light most favorable to Plaintiff, sufficient allegations of administrative exhaustion have been pled.

**ORDERED** on April 25, 2011.

                                                        /S/ Richard Smoak
                                                        **RICHARD SMOAK**
                                                        **UNITED STATES DISTRICT JUDGE**